UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOSS,<br><br>            Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | **ORDER REASSIGNING ACTION**<br><br>Former Case No.: 1:20-cv-0907- NONE JLT<br><br>**New Case No.: 1:20-cv-0907-JLT** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Doc. 8 at 1; Doc. 9 at 1)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:20-cv-0907-JLT**.

IT IS SO ORDERED.

Dated:    **September 18, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1