# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOSS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, and DOES 1 – 10, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-00907-JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO AMEND THE CASE SCHEDULE**<br>(Doc. 18) |

Upon stipulation of the parties and good cause shown, the Court hereby continues the case management deadlines as follows:

    1.    The parties SHALL complete all non-expert discovery no later than November 1, 2021.

    2.    The parties SHALL complete all expert discovery no later than November 15, 2021. They SHALL disclose experts no later than October 4, 2021 and any rebuttal experts no later than October 25, 2021.

    3.    Any non-dispositive and dispositive motions SHALL be filed no later than November 22, 2021 and heard no later than December 20, 2021.

///

///

1

No other amendments to the case schedule are authorized.

IT IS SO ORDERED.

Dated: **July 6, 2021** _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE