# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOSS, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, and DOES 1 – 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-0907-JLT<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR A CONTINUANCE OF THE TRIAL AND CASE MANAGEMENT DATES**<br><br>(Doc. 21) |

Upon stipulation of the parties and good cause shown, the Court **ORDERS** the case schedule amended as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact discovery cut-off | 11/1/21 | 3/1/2022 |
| Expert witness disclosure | 10/4/21 | 2/4/2022 |
| Rebuttal expert witness disclosure | 10/25/21 | 2/21/2022 |
| Expert discovery cut-off | 11/15/21 | 3/14/2022 |
| Dispositive and non-dispositive motion filing deadline | 11/22/21 | 3/21/2022 |

| Dispositive and non-dispositive motion hearing deadline | 12/20/21 | 4/18/2022, 9:00 a.m. |
|---|---|---|
| Pre-Trial Conference | 1/5/22 | 5/6/2022, 10:00 a.m. |
| Trial Date | 2/28/22 | 6/27/2022, 8:30 a.m. |

IT IS SO ORDERED.

Dated: __**October 5, 2021**__         _____/s/ Jennifer L. Thurston__
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

20cv907.o.grnt.stip amend case