# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DOSS, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, and DOES 1 – 10, inclusive,<br><br>          Defendants. | Case No. 1:20-cv-0907- BAK (SKO)<br><br>ORDER GRANTING STIPULATION AND REQUEST FOR A CONTINUANCE OF THE TRIAL AND CASE MANAGEMENT DATES<br><br>(Doc. 24)<br><br><br>Complaint Filed: April 21, 2020<br>Trial Date:      June 27, 2022 |

Pursuant to the stipulation of the parties (Doc. 24), and for good cause shown, the Court hereby MODIFIES the Scheduling Order (Doc. 22) as follows:

///

///

///

///

///

///

///

///

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact discovery cut-off | 3/1/22 | 6/1/22 |
| Expert witness disclosure | 2/4/22 | 7/1/22 |
| Rebuttal expert witness disclosure | 2/21/22 | 7/21/22 |
| Expert discovery cut-off | 3/14/22 | 8/22/22 |
| Dispositive and non-dispositive motion filing deadline | 3/21/22 | 9/6/22[1] |
| Dispositive and non-dispositive motion hearing deadline | 4/18/22 | 10/4/22[2] |
| Pre-Trial Conference | 5/4/22 | 11/15/22[3] |
| Trial Date | 6/27/22 | 1/9/23 |

IT IS SO ORDERED.

Dated:   **February 7, 2022**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' requested date of September 5, 2022, falls on Labor Day, a federal holiday.

[2] The parties' requested date of October 3, 2022, has been adjusted by one day to allow for four full weeks between the filing and the hearing of any motion(s).

[3] The Court has continued the Pre-Trial Conference and trial beyond the parties' requested dates of October 26, 2022, and November 7, 2022, respectively, to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions and for trial.